# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 30, 2024

---

### NO. 03-23-00777-CV

**Susan Clouthier and Clouthier Law, PLLC, Appellants**

**v.**

**Vernard Brown, Jr., Appellee**

---

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the order signed by the trial court on November 9, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.